IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KASEY E. WEATHERSPOON**   **PETITIONER**

vs.   Civil Action No. 3:08-cv-85 HTW-LRA

**LAWRENCE KELLY**   **RESPONDENT**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and this court having adopted said Report and Recommendation as the order of the court, hereby orders that respondent's motion to dismiss [8] be granted and that the Petition for Writ of Habeas Corpus be dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 3rd day of March, 2009.**

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE